**FILED**
APR 08 2024
PETER A. MOORE, JR., CLERK
US DISTRICT COURT, EDNC
BY_____ DEP CLK

# United States District Court
Eastern District of North Carolina
Western Division

Case No. 5:24-CT-3084-D

(To be filled out by Clerk's Office only)

Rodger Hanson
_____

Inmate Number 1270798

*(In the space above enter the full name(s) of the plaintiff(s).)*

-against-

Todd Ishee - Sec. NC DAC
Tim Jones - Warden Pender C.I.
FNU Hernandez - Warden Alexander C.I.
FNU Reid - Warden Nuese C.I.

*(In the space above enter the full name(s) of the defendant(s). If you cannot fit the names of all of the defendants in the space provided, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names listed in the above caption must be identical to those contained in Section IV. Do not include addresses here.)*

## COMPLAINT
*(Pro Se Prisoner)*

Jury Demand?
☒ Yes
☐ No

### NOTICE

Federal Rule of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

## I. COMPLAINT

*Indicate below the federal legal basis for your claim, if known. This form is designed primarily for pro se prisoners challenging the constitutionality of their conditions of confinement, claims which are often brought under 42 U.S.C. § 1983 (against state, county, or municipal defendants) or in a "Bivens" action (against federal defendants).*

- [x] 42 U.S.C. § 1983 (state, county, or municipal defendants)

- [ ] Action under *Bivens v. Six Unknown Federal Narcotics Agents*, 403 U.S. 388 (1971) (federal defendants)

- [ ] Action under Federal Tort Claims Act (United States is the proper defendant; must have presented claim in writing to the appropriate Federal agency and received a notice of final denial of the claim pursuant to 28 U.S.C. § 2401(b))

## II. PLAINTIFF INFORMATION

Rodger Hanson
Name

1270798
Prisoner ID #

Nash Corr. Inst.
Place of Detention

P.O. Box 600
Institutional Address

Nashville     NC     27856
City     State     Zip Code

## III. PRISONER STATUS

*Indicate whether you are a prisoner or other confined person as follows:*

- [ ] Pretrial detainee   [ ] State   [ ] Federal
- [ ] Civilly committed detainee
- [ ] Immigration detainee
- [x] Convicted and sentenced state prisoner
- [ ] Convicted and sentenced federal prisoner

## IV. DEFENDANT(S) INFORMATION

*Please list the following information for each defendant. If the correct information is not provided, it could result in the delay or prevention of service. Make sure that the defendant(s) listed below are identical to those contained in the above caption. Attach additional sheets of paper as necessary.*

Defendant 1: Todd Ishee
Name

Secretary - North Carolina Department of Adult Corrections
Current Job Title

831 W. Morgan Street
Current Work Address

Raleigh                NC              27603-1659
City                   State           Zip Code

Capacity in which being sued: ☐ Individual ☐ Official ☒ Both


Defendant 2: Tim Jones
Name

Warden Pender Corr. Inst.
Current Job Title

P.O. Box 1058
Current Work Address

Burgaw                 NC              28425
City                   State           Zip Code

Capacity in which being sued: ☐ Individual ☐ Official ☒ Both

## Defendant(s) Continued

Defendant 3: **FNU Hernandez**
Name

**Warden - Alexander Corr. Inst.**
Current Job Title

**633 Old Landfill Rd**
Current Work Address

**Taylorsville**      **NC**     **28681**
City         State         Zip Code

Capacity in which being sued: ☐ Individual ☐ Official ☒ Both

Defendant 4: **FNU Reid**
Name

**Warden - Neuse Corr. Inst.**
Current Job Title

**P.O. Box 2087**
Current Work Address

**Goldsboro**     **NC**     **27533-2087**
City         State         Zip Code

Capacity in which being sued: ☐ Individual ☐ Official ☒ Both

## V. STATEMENT OF CLAIM

Place(s) of occurrence: _NC DAC_

Date(s) of occurrence: _on going (continuing harm doctrine)_

State which of your federal constitutional or federal statutory rights have been violated:

8th Amendment Cruel and unusual Punishment; 1st Amendment Freedom of speech, 14th Amendment life and Liberty interest to protect health.

*State here briefly the FACTS that support your case. Describe how each defendant was personally involved in the alleged wrongful actions, state whether you were physically injured as a result of those actions, and if so, state your injury and what medical attention was provided to you.*

FACTS: Each named defendant, Jones, Hernandez, Reid, Wardens of Prison facilities failed to report deficiencies of maintenance for up keep air cooling or weatherizing in conditions of housing dorm sleep areas, dayroom and bathrooms while improperly using maintenance funds for staff areas. ¶ Each named defendant, Jones, Hernandez, Reid, Wardens of Prison facilities retaliated and used tactics to punish for reporting defects lacking repairs to airconditioners or weatherizing while granting staff special perks during inclement weather. ¶ Todd Ishee having been put on notice of retalitory treatment increasing the impact of Global Warming excessive heat which included retalitory transfers or creating increase to discomfort in housing units by turning heat on during the summer or no heat during the winter. ¶ Each act of deliberate Indifference can also be construed as malicious and sadistic state of mind bent on moral turpitude with intent, for each named Warden, Jones, Hernandez, Reid ¶ Todd Ishee stance in memorandum is that airconditioning was meant to benefit staff and exclude inmates from his memo placed by each Facility staff.

[Sidebar: Who did what to you?]

**What happened to you?**

After placing each defendant on notice by grievance, request, face to face contact, and community support it was followed by retalitory shipping being indifferent to my medical condition Hidradenitis Suppurativa.

After placing each defendant on notice by grievance, request, face to face contact, and community support it was followed by retalitory abuse of the air conditioning and weatherizing devices and equipment impacting the conditions of confinement.as it pertains to my Hidradenitis Supurativa, sleep apnea (use of CPAP), autism, aphasia and other unspecified conditions

**When did it happen to you?**

April 2021 - Present / Continuing harm doctrine

**Where did it happen to you?**

North Carolina Dept. of Public Safety / Dept. of Adult Corr. and facilities

**What was your injury?**

I have Hidradenitis Suppurativa and when not properly cared for causes adverse symptoms that lead to multiple surgeries to the sweat glands in various areas of the body which impacts my autism that leads to sensory difficuties and that impacts my sleep apnea (use of CPAP) and it is well documented the many needs provided by medical for such conditions. ¶ The ignoring of such conditions of confinement lead to serious physical and mental health conditions some of which cause sleep deprivation which inturn effects the aforementioned. This includes surgeries which could have been avoided/prevented (and were avoided prior to the states medical care) but for deliberate indifference and depraved minded acts to misuse state equipment and property in an effort to punish based off my first amendment such retaliation having no penological purpose. ¶ Such impacts to my health with intended purpose to create intentional infliction of emotional distress is not proper form of punishment nor redress.

## VI. ADMINISTRATIVE PROCEDURES

*WARNING: Prisoners must exhaust administrative procedures before filing an action in federal court about prison conditions. 42 U.S.C. § 1997e(a). Your case may be dismissed if you have not exhausted your administrative remedies.*

Have you filed a grievance concerning the facts relating to this complaint? ☒ Yes ☐ No
   If no, explain why not:

Is the grievance process completed? ☒ Yes ☐ No
   If no, explain why not:

## VII. RELIEF

*State briefly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.* Each defendant nom. $1.00, Punitive Jury award determination, Compensatory Punitive Jury award. ¶ Injunctive Relief: for facilities to have special master to monitor changes in Equipment with special air controls, and for proper management of funds for housing repair. ¶ Declaratory Relief: for the Court to rule that each named defendant violated the civil rights for the protected freedom of speech, with a standing order that defendants must protect the health of the plaintiff, and are required to repair to facility housing unit equipment beyond minor cosmetic repairs.

## VIII. PRISONER'S LITIGATION HISTORY

*The "three strikes rule" bars a prisoner from bringing a civil action or an appeal in forma pauperis in federal court if that prisoner has "on three or more occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury." 28 U.S.C. §1915(g).*

Have you brought any other lawsuits in state or federal court while a prisoner?    ☑ Yes    ☐ No

If yes, how many? __3__

Number each different lawsuit below and include the following:

- Name of case (including defendants' names), court, and docket number
- Nature of claim made
- How did it end? (For example, if it was dismissed, appealed, or is still pending, explain below.)

Hanson v. Owens - Failed.

Hanson v. Lee - retaliation for reporting violations disruptions to available services of legal mail, reports and grievances.

## IX. PLAINTIFF'S DECLARATION AND WARNING

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending or modifying existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

**I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.**

*Each Plaintiff must sign and date the complaint and provide prison identification number and prison address.*

4-5-24
Dated

Plaintiff's Signature

Rodger Hanson
Printed Name

1270798
Prison Identification #

Nash Corr. Inst. P.O. Box 600    Nashville    NC    27856
Prison Address                   City         State Zip Code